**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                    CASE NO.   3:08mj273/MD

JASON T. GARRETT

**REFERRAL AND ORDER**

Referred to Magistrate Judge Davis on   December 17, 2008
Type of Motion/Pleading: Motion to Continue Trial Date
Filed by: defendant            on 12/17/08       Document   13
( X ) Stipulated/Consented/Joint Pleading
RESPONSES:
_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

WILLIAM M. McCOOL, CLERK OF COURT

_/s/ Joanne Ahr_
Deputy Clerk: Joanne Ahr

**ORDER**

Upon consideration of the foregoing, it is ORDERED this   17th   day of December, 2008, that:

(a) The requested relief is (GRANTED)/DENIED.
(b) Defendant shall be tried, and sentenced if necessary, in absentia. Trial is still set for Dec. 19, 2008.

_/s/ Miles Davis_
MILES DAVIS
UNITED STATES MAGISTRATE JUDGE

Entered On Docket: _____ By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____
_____
_____

Document No.