## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA
v.

**JASON T. GARRETT**

**JUDGMENT IN A CRIMINAL CASE**
(For a Petty Offense)-- Short Form
CASE NUMBER: 3:08mj273/MD

Randall Lockhart, AFPD
Defendant's Attorney

☐ **THE DEFENDANT** was found guilty of count One of the Information, *in absentia*.

| Title & Section | Nature of Offense | Date Concluded | Count Number(s) |
|---|---|---|---|
| F.S.S. 322.03 and 18 U.S.C. §§ 7 and 13 | Driving With Expired Driver's License That Were Expired More Than Four Months | 7/12/08 | One |

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States attorney. The fine/SMA shall be paid no later than January 21, 2009.

| Assessment | Fine | Restitution |
|---|---|---|
| $ 10.00 | $ 100.00 | $ 0.00 |

Date of Imposition of Sentence - 12/19/08

*Miles Davis* (signature)

Miles Davis
UNITED STATES MAGISTRATE JUDGE

Date: 12-19-2008